UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| RICHARD BOUCHARD, | ) |
| Plaintiff, | ) ) ) |
| v. | ) ) CIVIL NO: 05-187-B-W |
| UNITED STATES, | ) ) ) |
| Defendant. | ) |

**ORDER AFFIRMING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

No objection having been filed to the Magistrate Judge's Recommended Decision filed March 3, 2006, the Recommended Decision is accepted.

Accordingly, it is hereby ORDERED that the Plaintiff's Motion for Partial Summary Judgment is GRANTED in part, finding that Harmon's negligence was a proximate cause of the accident and resulting damages.

It is further ORDERED that Bouchard may bring a subsequent motion for partial summary judgment against the counterclaim and any affirmative defense should he choose to proceed in that fashion in this non-jury case.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
United States District Judge

Dated: March 21, 2006