UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | | |
|---|---|---|
| RICHARD BOUCHARD, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CR-05-187-B-W |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER ACCEPTING THE
RECOMMENDED DECISION OF THE MAGISTRATE JUDGE

No objections having been filed to the Magistrate Judge's Recommended Decision filed November 29, 2006, the Recommended Decision is accepted.

1. It is therefore ORDERED that Plaintiff Richard Bouchard's Motion for Partial Summary Judgment (Docket # 30) be and hereby is GRANTED.

/s/John A. Woodcock, Jr.
John A. Woodcock, Jr.
United States District Judge

Dated this 20th day of December, 2006